No. 1683, Misc. HIGGINS *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied. ▆▆

No. 1687, Misc. HONEA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1691, Misc. TERAN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1692, Misc. WHITE *v.* PEYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1694, Misc. PAINE *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1696, Misc. PAGE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *John R. Snively* for petitioner. ▆▆

No. 1697, Misc. WALKER *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 1698, Misc. DEBONIS *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Peter Murray* and *Richard Newman* for petitioner.

No. 1707, Misc. CAPLER *v.* CITY OF GREENVILLE. Sup. Ct. Miss. Certiorari denied. *Fountain D. Dawson* for petitioner. *J. Robertshaw* for respondent.

No. 1710, Misc. BLAND *v.* NENNA, WARDEN. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.